IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUSAN ANN BROWN GABOVITZ        *

    Plaintiff                *

v.                              *        Civil Action No.: WMN-02-CV-223

UNUMPROVIDENT CORPORATION       *

    Defendant                *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION REGARDING SUBSTITUTION OF PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY AS DEFENDANT FOR UNUMPROVIDENT CORPORATION

The undersigned hereby stipulates and agrees that Provident Life & Accident Insurance Company shall be substituted as Defendant for UNUMProvident Corporation in all respects of the above-captioned matter. UNUMProvident Corporation was mistakenly named as a party defendant by Plaintiff instead of the proper party defendant, Provident Life & Accident Insurance Company. Therefore, Provident Life & Accident Insurance Company shall be the proper party defendant, and UNUMProvident Corporation shall be stricken from this case as a party defendant for all purposes.

_____        _____
J. Snowden Stanley, Jr. (Bar No.: 00059)   Arthur Schneider
Semmes, Bowen & Semmes                    120 West Washington Street
250 W. Pratt Street                       Suite 200
Baltimore, Maryland 21201                 Hagerstown, Maryland 21740
(410) 539-5040                            (240) 527-6406
Attorneys for Defendant Provident         Attorney for Plaintiff
Life & Accident Insurance Company         Susan Ann Brown Gabovitz

## **ORDER**

The foregoing Stipulation is hereby approved, and Provident Life and Accident Insurance Company is hereby substituted for UNUMProvident Corporation as Defendant.

_____1/30/02_____              _____[signature]_____
Date                                Judge, United States District Court
                                    For the District of Maryland

(B0237270.WPD;1)