IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUSAN ANN BROWN GABOVITZ           *

      Plaintiff                                    *

v.                                                    *     Civil Action No.: WMN-02-CV-223

UNUMPROVIDENT CORPORATION    *

      Defendant                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be DISMISSED WITH PREJUDICE.

| | |
|---|---|
| _____ | _____ |
| Arthur Schneider | J. Snowden Stanley, Jr. |
| 120 West Washington Street | Fed. Bar No. 00059 |
| Suite 200 | 250 West Pratt Street |
| Hagerstown, Maryland 21740 | Baltimore, Maryland 21201 |
| (240) 527-6406 | (410) 539-5040 |
| Attorney for Plaintiff | Attorney for Defendant |
| Susan Ann Brown Gabovitz | UNUMProvident Corporation |

**ORDER**

The foregoing Stipulation is hereby approved, and this matter is dismissed with prejudice.

_____5/9/02_____                                    _____
Date                                                         Judge, United States District Court
                                                                                    For the District of Maryland

(B0259839.WPD;1)